FREDERICK F. SEARING et al., Respondents, *v.* GEORGE A. LEE et al., Appellants, Impleaded with Others.

*Searing* v. *Lee*, 129 App. Div. 903, affirmed.
(Argued February 21, 1910; decided March 15, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 15, 1908, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action for contribution.

*Charles J. Hardy, Frank B. Vermilya* and *Paul E. De Fere* for appellants.

*Carlisle Norwood* and *Paul E. Mead* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

AUGUSTUS C. BEDELL, Respondent, *v.* THE EMPIRE STATE SURETY COMPANY, Appellant.

*Bedell* v. *Empire State Surety Co.*, 129 App. Div. 890, affirmed.
(Argued February 21, 1910; decided March 15, 1910.)

APPEAL from a judgment entered December 16, 1908, upon an order of the Appellate Division of the Supreme Court in the second judicial department, overruling defendant's exception ordered to be heard in the first instance by the Appellate Division and directing judgment for plaintiff upon the verdict as directed by the trial court in an action to recover upon a fidelity bond.

*Ferdinand W. Buermeyer* for appellant.

*Clarence McMillan* and *Richard B. Aldcroftt, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.